# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:04cr152

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>DOUG THOMAS<br>        Defendant. | FILED<br>CHARLOTTE, NC<br><br>APR 24 2019<br><br>US DISTRICT COURT<br>WESTERN DISTRICT OF NC |

### ORDER OF DISBURSEMENT OF UNCLAIMED FUNDS

This matter is before the Court for purposes of disbursing funds which have been remitted to the Unclaimed Funds Account of this court.

Per the "Judgment" [Doc. 10] in this case, the defendant was to pay First NLC Financial Services, LLC $94,635.00. From funds paid by defendant to date, $3,025.49 has been apportioned to be paid to First NLC Financial Services, LLC, and are on deposit with this court's Unclaimed Funds Account.

Deborah Menotte, Chapter 7 Trustee has presented the Clerk with a Purchase Agreement and Assignment of Claims and Interests document showing that Oak Point Partners, Inc. has purchased and been assigned all "cash, securities, instruments and other property" that may be paid or issued to First NLC Financial Services, LLC.

Funds held in a Court's Unclaimed Funds Account may be claimed at any time from this fund by an owner, successor, or other claimant that evidences a right to those funds per the *Guide to Judiciary Policy*, Volume 13, Chapter 10, Section 1010.40(b). As the Clerk has determined that per the finding of the Trustee that Oak Point Partners, Inc. is a successor of these funds, the Clerk is directed to disburse the $3,025.49 from the Unclaimed Funds to Oak Partners, Inc. at the address provided to the Clerk.

Further, all future payments previously apportioned to First NLC financial Services, LLC are to be paid to Oak Partners, Inc.

**IT IS, THEREFORE, ORDERED** that the above amounts be disbursed by the Clerk of Court.

So Ordered, 24th day of April 2019.

Frank D. Whitney, Chief
U.S. District Judge